IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA AND | ) |
| SAMUEL L. HUEY, REVENUE | ) |
| OFFICER OF THE INTERNAL REVENUE | ) |
| SERVICE, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) CIVIL ACTION NO. 06-0138 |
| v. | ) |
| | ) CHIEF JUDGE AMBROSE |
| PAULA JAMISON, AS PRESIDENT OF | ) |
| A SAFE CHIMNEY SERVICE, INC., | ) ELECTRONICALLY FILED |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, and based on the closing of the business and the filing of all requested documents by Defendant, Paula Jamison, as President of A Safe Chimney Service, Inc., it is hereby stipulated and agreed to by and between the respective parties that the above-captioned case be dismissed without prejudice, each party to bear their own costs, and the Court may enter an Order accordingly, notice by the Clerk being hereby waived, since enough information has been provided to personnel of the Internal Revenue Service to proceed, in the future, administratively.

Respectfully submitted,

MARY BETH BUCHANAN
United States Attorney

s/Paul E. Skirtich
PAUL E. SKIRTICH
Assistant U.S. Attorney
700 Grant Street, Suite 4000
Pittsburgh, PA 15219
(412) 894-7418
PA ID No. 30440

Counsel for Plaintiffs

**ORDER**

AND NOW, to wit, this _____ day of _____, 2007, it is so ORDERED.

UNITED STATES DISTRICT JUDGE